UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC.,<br>Plaintiff,<br><br>v.<br><br>KENNETH MONROE and<br>NATERCIA MONROE,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 04-389S |

**SCHEDULING ORDER**

Before the court is Plaintiff's Motion for Default Judgment (the "Motion"). The court will conduct a hearing on the Motion on **Friday, July 29, 2005, at 2:00 p.m.**

The court notes the lack of certification that the Motion, Plaintiff's Memorandum of Law in support thereof, and the Affidavit of Francis S. Holbrook, II, were sent to Defendants. Accordingly, the court directs that Plaintiff send a copy of the Motion, memorandum, and affidavit to Defendants prior to the above hearing date.

So Ordered.

ENTER:

David L. Martin
United States Magistrate Judge
July 7, 2005

BY ORDER:

Deputy Clerk