CA 04-3895

**CERTIFICATION**

I hereby certify that on the 13th day of July, 2005 I did send by first class mail a true and accurate copy of the within Plaintiff's Motion for Default Judgment, Affidavit of Francis S. Holbrook II and Plaintiff's Memorandum of Law to: Kenneth Monroe and Natercia Monroe, 35 Days Street, Pawtucket, RI 02860.

Francis S. Holbrook II