UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CoxCom, Inc.** :
**dba Cox Communications New England** :
**Plaintiff,** :
**vs.** :
**Kenneth Monroe and** : **Case No.: CA 04 389 S**
**Naterica Monroe** :
**Defendants** :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
CoxCom, Inc. dba
Cox Communications New England
By Its Attorney,

7/26/05
Date

Francis Holbrook
Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840
(401) 847-7500

7-26-05
Date

Kenneth Monroe

7/26/05
Date

Natercia Monroe

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/27/05